## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES AMBROSE, | : | |
| | : | |
| Plaintiff | : | No. 3:14-CV-1618 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Comissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**NOW**, this 27th day of February, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of Social Security denying James Ambrose disability insurance benefits and supplemental security income is **AFFIRMED**; and

3. The Clerk of Court shall **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**